FILED by ____ D.C.
ELECTRONIC

**NOV 3, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Sf-8879
JEB/KLO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
# 09-81762-Civ-MARRA/JOHNSON

Case No. _____

YULO CARPIO and MICHAEL
BENA,

       Plaintiffs,

       v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign profit
corporation,

       Defendant.

_____/

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), by and through its undersigned counsel, and hereby removes the above styled case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division, and in support thereof states as follows:

1.    The Plaintiffs filed their complaint on October 7, 2009 in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 2009CA033903, styled *Yuly Carpio and Michael Bena v. State Farm Mutual Automobile*

*Insurance Company, a foreign profit corporation.* A copy of the Plaintiffs' complaint is attached hereto as Exhibit "A".

2.      On October 14, 2009, State Farm was served with the summons, the complaint, a request for production pursuant to the Florida Rules of Civil Procedure and interrogatories pursuant to the Florida Rules of Civil Procedure. A copy of the complaint served upon the Defendant, the summons, the return of service and the referenced discovery are attached hereto as Exhibit "B".

3.      Since this notice of removal is being filed within thirty (30) days from October 14, 2009, this notice of removal is timely. See 28 U.S.C. § 1446.

4.      The above styled action is civil in nature and involves claims by the Plaintiffs for bodily injury that is in excess of $75,000.00. While the complaint itself only alleges that the Plaintiffs are seeking damages in excess of $15,000.00, the Defendant has attached, as an exhibit to this Notice of Removal, a demand letter presented on behalf of the Plaintiff Yuly Carpio as well as a Civil Remedy Notice of Insurer Violation wherein the Plaintiff Yuly Carpio demanded $100,000.00 and sets forth her intent to pursue damages in excess of the $100,000.00 per person uninsured motorist policy limits. See Exhibit "C".

5.      The following facts set forth diversity of citizenship:

   a.      Plaintiffs, Yuly Carpio and Michael Bena, are both citizens of the state of Florida;

   b.      Defendant, State Farm, is a foreign corporation incorporated in the state of Illinois; and

   c.      Defendant State Farm has its principal place of business in Illinois.

6.      For diversity purposes, a corporate entity is a citizen of both the state in which it was incorporated and the state in which it has its principal place of business. 28 U.S.C. §1332.

7.      Therefore, the above styled action is one which may be removed to this Court pursuant to 28 U.S.C. §1441 and §1446 in that:

    a.      It is an action between citizens of different states; and

    b.      It is a civil action in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

9.      Upon information and belief, at the time of the commencement of this action, and since that time, Plaintiffs, Yuly Carpio and Michael Bena, were, and still are citizens of the state of Florida.

10.     Federal statute 28 U.S.C. §1441(a) provides that any civil action brought in a state of which the district courts of the United States have jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing where such action is pending.

11.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332. A fair reading of the complaint indicates that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, because Plaintiffs are claiming entitlement to underinsured motorist benefits under an automobile insurance policy containing uninsured motorist limits in the amount of $100,000.00 per person and $300,000.00 per accident. Additionally, Plaintiff Yuly Carpio has filed a Civil Remedy Notice of Insurer Violation claiming entitlement to damages in

excess of $100,000.00. Therefore the requisite jurisdictional amount, as required by 28 U.S.C. §1441 and 28 U.S.C. §1332, has been met.

12.    Defendant State Farm was at the time of the commencement of this action, and still is a corporation duly incorporated under the laws of the state of Illinois, having its principal place of business in the city of Bloomington, Illinois. As such, State Farm is deemed to be a citizen of Illinois. See 28 U.S.C. §1332(c)(1). Accordingly, there is diversity of citizenship in this matter.

13.    Additionally, removal venue is appropriate in this Court pursuant to 28 U.S.A. §1441(a), because the Circuit Court in and for Palm Beach County, Florida is located within the geographical area embraced by the United States District Court for the Southern District of Florida.

14.    Pursuant to U.S.C. §1446(d), prompt written notice of this Notice of Removal is being given to the Plaintiffs through service on counsel of record and to the Clerk of the Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. See Exhibit "D".

15.    No pleadings, process or other papers have been served upon the Defendant other than those attached hereto.

16.    Defendant has hereto filed with this Court a copy of all processes and pleadings served upon them in this action and contained in the state court file.

17.    No special bail or security was or is required in the state court action.

WHEREFORE, the Defendant, State Farm Mutual Automobile Insurance Company, prays that the above described state court action, currently pending in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, be removed to the United States District

Court for the Southern District of Florida, and that this Court accept jurisdiction of this action.

Respectfully submitted this _____ day of November, 2009.

By: _____

**Steven J. Chackman**
Florida Bar No.: 376851
Email: Steven@bernstein-chackman.com
**BERNSTEIN, CHACKMAN, LISS & ROSE**
Attorneys for Defendant State Farm
P.O. Box 223340
Hollywood, FL 33022
(954) 986-9600 - Broward
(954) 929-1166 - Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Removal has been provided via United States Mail and facsimile on this _____ day of November, 2009 to:

Charles E. Cartwright, Esq.
Schwed, Cartwright & Knight, P.A.
7108 Fairway Drive, Suite 150
Palm Beach Gardens, Fl. 33418
(561) 694-6079
(561) 694-6089 - facsimile
Attorneys for the Plaintiffs

By: _____
**Steven J. Chackman**

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: __2009CA033903__ MXXXWR

YULY CARPIO and MICHAEL BENA,

     Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign profit corporation,

     Defendants.

_____/

COPY
RECEIVED FOR FILING

OCT 0 7 2009

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT

Plaintiffs, YULY CARPIO and MICHAEL BENA, sue Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign profit corporation ("STATE FARM"), and state:

1.    This is a cause of action for damages in excess of $15,000.00.

2.    At all times material hereto, STATE FARM, was a profit foreign corporation authorized and licensed to do business in the State of Florida.

3.    The accident described herein occurred in Palm Beach County, Florida.

4.    On or about October 6, 2007, Plaintiff, MICHAEL BENA, was a passenger in a vehicle operated by Plaintiff, YULI CARPIO, which was exiting from southbound SR-9 onto westbound SR-882 in Palm Beach County, Florida.

5.    At that time and place, an underinsured driver, SEBASTIAN LOPEZ PEREZ, negligently operated his vehicle by improperly trying to pass Plaintiffs' vehicle, causing it to collide with Plaintiffs' vehicle.



6. As the result of the negligence of the underinsured driver, SEBASTIAN LOPEZ PEREZ, Plaintiffs, YULY CARPIO and MICHAEL BENA, sustained severe and permanent injuries meeting or exceeding the threshold limits set forth in Florida's No Fault Law, have incurred the expense of hospitalization, medical care, and treatment and will continue to incur such expenses in the future, have incurred lost wages in the past and will incur loss of earning capacity in the future, and have experienced pain, suffering, mental anguish, the inability to lead a normal life and loss of capacity for the enjoyment of life. These losses are permanent and will continue into the future.

7. At all times material hereto, Plaintiffs were husband and wife.

8. As the direct and proximate result of the negligence of the underinsured motorist, the Plaintiffs have lost the care, companionship, society, support and services of their spouses, both in the past and in the future. These losses are either permanent or continuing in nature.

9. At all times material hereto, Defendant, STATE FARM, provided automobile insurance under policy number R02 1937-E05-59N for the vehicle occupied by Plaintiffs. This policy provided underinsured motorists benefits with limits of $100,000.00 per person and $300,000.00 per occurrence.

10. Defendant, STATE FARM, received timely notice of this claim.

11. Plaintiffs have complied with all conditions precedent to filing this action.

12. Plaintiff, YULY CARPIO, as the driver of the vehicle insured under the policy, and Plaintiff, MICHAEL BENA, as a passenger in the vehicle insured under the policy, are entitled to underinsured motorist benefits under the Policy.

13. The damages sustained by the Plaintiffs far exceed the policy limits of $10,000.00 per person and $20,000.00 per accident for the underinsured motorist, SEBASTIAN LOPEZ PEREZ', bodily injury coverage for his insurance policy.

14. STATE FARM breached the policy contract by failing to pay Plaintiffs that which they are owed under the policy.

15. Plaintiffs are not in possession of the STATE FARM policy; however, Plaintiffs have requested same in writing and will amend this Complaint upon receipt of same.

**WHEREFORE**, Plaintiffs, YULY CARPIO AND MICHAEL BENA, demand judgment against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign profit, for damages, court costs, and such other and further relief as the Court deems just and proper.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this _10_ day of September, 2009.

SCHWED, CARTWRIGHT & KNIGHT, P.A.
7108 Fairway Drive, Suite 150
Palm Beach Gardens, FL 33418
(561) 694-6079
(561) 694-8089 facsimile

CHARLES E. CARTWRIGHT
Florida Bar No.: 983853
Attorney for Plaintiffs

 **ALEX SINK**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services


09-56316

| | |
|---|---|
| YULY CARPIO AND MICHAEL BENA, | **CASE #:** 2009 CA 033903 XXXX |
| | **COURT:** CIRCUIT COURT |
| PLAINTIFF(S), | **COUNTY:** PALM BEACH |
| | **DFS-SOP#:** 09-56316 |
| VS. | |

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DEFENDANT(S).
_____/

SUMMONS, CIVIL COVER SHEET, COMPLAINT, DISCOVERY

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on the 14th day of October, 2009 and a copy was forwarded by Electronic Delivery on the 16th day of October, 2009 to the designated agent for the named entity as shown below.

> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
> JOHN MONSANTO   (flor.clms-dfs.604K19@statefarm.com)
> VP-OPERATIONS
> STATE FARM
> 7401 CYPRESS GARDENS BLVD
> WINTER HAVEN FL 33888

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

*Alex Sink*

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

CHARLES E. CARTWRIGHT, ESQ.
SUITE 150                                                    LMK
7108 FAIRWAY DRICE
PALM BEACH GARDENS FL 33418

"B"

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: 2009 CA 033 9 A3 XXXX WR

YULY CARPIO and MICHAEL
BENA,

      Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign profit
corporation,

      Defendants.
_____/

Srvd 10 / 14 /2009 at 12.00 m
by    C.M.C CPS#101
2nd Judicial Circuit of FL

2009 OCT 14 PM 3: 32

**SUMMONS**

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

    **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

By serving its registered agent:

CHIEF FINANCIAL OFFICER
200 E. Gaines Street
Tallahassee, FL 32399

    The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, to wit:

**CHARLES E. CARTWRIGHT, ESQUIRE**

Whose Address is:

**7108 Fairway Drive, Suite 150
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079**

within 20 days after service of this Summons on the Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of the Court either before service on Defendant's attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

WITNESS my hand and seal of said Court on _____ OCT 0 7 2009 2009.

Sharon R. Bock
As Clerk of said Court

Nikecia Armstrong

SHARON R. BOCK
Clerk & Comptroller/As Deputy Clerk
P.O. Box 4667        (COURT SEAL)
West Palm Beach, Florida
33402-4667

Form 1.997

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

2009 CA 033903 XXXX MB

### I. CASE STYLE

YULY CARPIO and MICHAEL BENA,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign profit corporation,

    Defendants.

COPY
RECEIVED FOR FILING
OCT 0 7 2009
SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

### II. TYPE OF CASE

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| Simplified dissolution | Professional Malpractice | Contracts |
| Dissolution | Products liability | Condominium |
| Support - IV - D | X Auto negligence | Real property/ |
| | | Mortgage foreclosure |
| Support - Non IV - D | Other negligence | Eminent domain |
| URESA -IV -D | | Other |
| URESA - Non IV- D | | |
| Domestic violence | | |
| Other domestic relations | | |

### III. IS JURY TRIAL DEMANDED IN COMPLAINT?

  X   Yes
      No

Date September 8 , 2009

Signature of Attorney for
Party Initiating Action:

CHARLES E. CARTWRIGHT
SCHWED, CARTWRIGHT, & KNIGHT, P.A.
7108 Fairway Drive, Suite 150
Palm Beach Gardens, Florida 33418
(561) 694-6079
(561) 694-6089 facsimile
Florida Bar No.: 983853

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.: _____

2009 CA 033903 XXXX

YULY CARPIO and MICHAEL BENA,

      Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign profit corporation,

      Defendants.

_____/

COPY
RECEIVED FOR FILING

OCT U 7 2009

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Plaintiffs hereby request, pursuant to Rule 1.350 of the Florida Rules of Civil

Procedure, that the Defendant produce and permit said Plaintiff to inspect and to copy

each of the following documents:

1. Copies of any and all insurance policies, contracts or agreements pursuant to which benefits are or may be payable to Plaintiff(s) as a result of the incident.

2. Any and all statement(s) of the witnesses to the subject incident, including the Plaintiff(s).

3. Any and all documents relating to, reflecting, or evidencing the policy contract between Plaintiff(s) and the Defendant insurance company.

4. Any and all repair estimates for the vehicles involved in the accident described in the complaint.

5. Photographs of the scene of the accident or the vehicles involved in the accident.

6. Any surveillance, films, reports, or records concerning the Plaintiff(s).

7. Any and all rejections of UM / UIM benefits or acceptances of lower UM / UIM coverage amounts.

8. All medical records, reports, or bills concerning the Plaintiff(s).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served

with the complaint.

SCHWED, CARTWRIGHT & KNIGHT, P.A.
7108 Fairway Drive, Suite 150
Palm Beach Gardens, FL 33418
(561) 694-6079
(561) 694-8099 (fax)

CHALRES E. CARTWRIGHT
Florida Bar No.: 983853
Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

Case No.: _____

2009 CA 0 3 3 9 0 3 XXXX WR

YULY CARPIO and MICHAEL
BENA,

     Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign profit
corporation,

     Defendants.

_____/

COPY
RECEIVED FOR FILING

OCT 0 7 2009

SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

### NOTICE OF PROPOUNDING INITIAL INTERROGATORIES TO DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

     Plaintiffs hereby propound an original and one true copy of the following interrogatories, numbered 1 through 10, to the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURENACE COMPANY, to be answered in writing, under oath, and within forty-five (45) days after service hereof as provided by Florida Rule of Civil Procedure 1.340.

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been served with the complaint.

SCHWED CARTWRIGHT & KNIGHT, P.A.
7108 Fairway Drive, Suite 150
Palm Beach Gardens, FL 33418
(561) 694-6079
(561) 694-6088 (fax)

CHARLES E. CARTWRIGHT
Florida Bar No.: 983853
Attorney for Plaintiff

## PLAINTIFF'S INITIAL INTERROGATORIES TO DEFENDANT, STATE FARM

(If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated.)

1.      What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.      Is the Defendant correctly named in the Complaint? If not, please state the correct name of the Defendant.

3.    State the facts upon which you rely for each affirmative defense in your answer.

4.    List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

5.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement.

6.     If you have obtained a statement from any person not a party to this action, please state the name and present address of the person who gave the statement; the name and present address of the person who obtained the statement; the date the statement was obtained; the general substance of the statement; whether the statement was oral or in writing; and if such statement was oral, whether a recording was made, and if so, the nature of the recording and the name and present address of the person who has custody of it.

7.    State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

8.    Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness's qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

9.    Do you contend that the Plaintiff is not entitled to uninsured motorist benefits under the policy? If so, please set for all facts upon which you rely for this contention.

10.   Please list the dates of all surveillance taken, the name of the person who performed the surveillance, and the name and address of the company for whom he works.

_STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY_

_____

Print Name and Position

STATE OF FLORIDA    )
                       )SS:
COUNTY OF          )

     THE FOREGOING INSTRUMENT was acknowledged before me this _____ day

of _____, 2009, by _____, who is

personally known to me or who has produced _____

as identification and who did/did not take an oath.

                              _____
                              NOTARY PUBLIC
                              State of Florida at Large

                              _____
                              Name of Notary Public - typed, printed or
                              stamped

                              (Seal)



**KANNER & PINTALUGA, P.A.**
ACCIDENT ATTORNEYS
(Abogados de Accidentes)

MAIN OFFICE:
(Oficina Principal)

2501 SOUTH SEACREST BOULEVARD
BOYNTON BEACH, FL 33435
TEL: (561) 424-0032
FAX: (561) 853-2166
Tel: 1(888) 611-1611

May 27, 2009

State Farm Mutual Auto. Ins. Co.
Attn: Ben Gabbard
Post Office Box 9618
Winter Haven, FL 33883-9618

RE:      Our Client      :      Yuly Carpio
         Your Insured    :      Jill Robertson-Bena
         Claim Number:    59-Z785-730
         Date of Loss    :      October 6, 2007

Dear Ben:

Please accept this letter as further confirmation that our client, Yuly Carpio, is in desperate need of continued medical as a result of the above-referenced, rearend accident.

As you know from the documentation already in your possession, Yuly sustained grievous cervical discogenic injuries for which she has been forced to undergo steroid injections and was recommended surgical intervention. Further, as you learned in the Examination Under Oath (EUO) recently conducted by State Farm personnel/counsel, Yuly was left with no alternative but to undergo said procedure last week, and meanwhile continues to suffer persistent pain at a 10/10 level and is unable to participate in various personal and professional activities that she enjoyed prior to the instant crash. In light of Yuly's dire need for ongoing medical care, and the fact that the tortfeasor's minimal bodily injury limits have already been globally tendered, this letter and accompanying Civil Remedy Notice shall provide, as per Florida statute, sixty (60) days within which State Farm Mutual Automobile Insurance Company (State Farm) can tender the $100,000.00 UM policy limits. Failure to tender the UM policy limits within this statutory time frame will subject State Farm to a Bad Faith Insurance claim, in addition to any and all damages our client is awarded by an appropriate court above the UM insurance policy limits of $100,000.00.

www.kpattorney.com  www.kpabogados.com

OFFICES THROUGHOUT FLORIDA:

5124 HOLLYWOOD BOULEVARD
HOLLYWOOD, FL 33021
TEL (954) 889-0910

27499 RIVERVIEW CENTER BLVD., SUITE 109
BONITA SPRINGS, FL 34134
TEL (239) 254-4400

8201 BLUE LAGOON DRIVE, SUITE 800
MIAMI, FL 33126
TEL (786) 821-5480

841 PRUDENTIAL DRIVE, SUITE 1254
JACKSONVILLE, FL 32207
TEL (904) 899-8700

7380 WEST SAND LAKE ROAD, SUITE 500
ORLANDO, FL 32819
TEL (407) 802-1828

2202 N. WEST SHORE BOULEVARD, SUITE 200
TAMPA, FL 33607
TEL (813) 574-1188

"C"

22 of 28

You will find enclosed a copy of the Florida Statute §624.155 "Bad-Faith" form filed with the Florida Department of Insurance at or about the same time as this letter was forwarded to your office. You may contact the undersigned if you have any further questions or concerns.

Sincerely,

Kevin S. Sobel, Esq.

KANNER & PINTALUGA, P.A.              Tel 1(888) 611-1611 • www.kpattorney.com • www.kpabogados.com
OFFICES THROUGHOUT FLORIDA: BOYNTON BEACH • HOLLYWOOD • MIAMI • BONITA SPRINGS • ORLANDO • TAMPA • JACKSONVILLE

23 of 28





**FLORIDA** DEPARTMENT OF **FINANCIAL SERVICES**

Alex Sink
Chief Financial Officer of Florida

## Civil Remedy Notice of Insurer Violations

Filing Number:      **135507**                    Outcome of Notice:

Filing Accepted:    **5/27/2009**                  Date Outcome Entered:

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | **YULY CARPIO** |
| Street Address: | **2501 SOUTH SEACREST BLVD** |
| City, State Zip: | **BOYNTON BEACH, FL 33435** |
| Email Address: | **KSOBEL@KPATTORNEY.COM** |
| Complainant Type: | **Third Party** |

### Insured

| | |
|---|---|
| Name: | **JILL ROBERTSON-BENA** |
| Policy #: | |
| Claim #: | **59-Z785-730** |

### Attorney

| | |
|---|---|
| Name: | **KEVIN SOBEL** |
| Street Address: | **2501 SOUTH SEACREST BLVD** |
| City, State Zip: | **BOYNTON BEACH, FL 33435** |
| Email Address: | **KSOBEL@KPATTORNEY.COM** |

### Notice Against

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |
| Street Address: | |
| City, State Zip: | **,** |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**BEN GABBARD**

| | |
|---|---|
| Type of Insurance: | **Auto** |

DFS-10-363
Rev. 11/2007



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**



Alex Sink
Chief Financial Officer of Florida

## Civil Remedy Notice of Insurer Violations

Filing Number: **135507**

### Reason for Notice

Reasons for Notice:

**Claim Delay**

---

PURSUANT TO SECTION 624.155, F.S. please indicate all statutory provisions alleged to have been violated.

**624.155(1)(b)(1)**     **Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.**

---

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

**POLICY NOT PROVIDED**

---

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

STATE FARM MUTUAL AUTO. INS. CO.
ATTN: BEN GABBARD
POST OFFICE BOX 9618
WINTER HAVEN, FL 33883-9618

RE: OUR CLIENT : YULY CARPIO
YOUR INSURED : JILL ROBERTSON-BENA
CLAIM NUMBER : 59-Z785-730
DATE OF LOSS : OCTOBER 6, 2007

DEAR BEN:

PLEASE ACCEPT THIS LETTER AS FURTHER CONFIRMATION THAT OUR CLIENT, YULY CARPIO, IS IN
DESPERATE NEED OF CONTINUED MEDICAL AS A RESULT OF THE ABOVE-REFERENCED, REAREND
ACCIDENT.

AS YOU KNOW FROM THE DOCUMENTATION ALREADY IN YOUR POSSESSION, YULY SUSTAINED
GRIEVOUS CERVICAL DISCOGENIC INJURIES FOR WHICH SHE HAS BEEN FORCED TO UNDERGO
STEROID INJECTIONS AND WAS RECOMMENDED SURGICAL INTERVENTION. FURTHER, AS YOU
LEARNED IN THE EXAMINATION UNDER OATH (EUO) RECENTLY CONDUCTED BY STATE FARM
PERSONNEL/COUNSEL, YULY WAS LEFT WITH NO ALTERNATIVE BUT TO UNDERGO SAID PROCEDURE
LAST WEEK, AND MEANWHILE CONTINUES TO SUFFER PERSISTENT PAIN AT A 10/10 LEVEL AND IS
UNABLE TO PARTICIPATE IN VARIOUS PERSONAL AND PROFESSIONAL ACTIVITIES THAT SHE
ENJOYED PRIOR TO THE INSTANT CRASH. IN LIGHT OF YULY'S DIRE NEED FOR ONGOING MEDICAL
CARE, AND THE FACT THAT THE TORTFEASOR'S MINIMAL BODILY INJURY LIMITS HAVE ALREADY
BEEN GLOBALLY TENDERED, THIS LETTER AND ACCOMPANYING CIVIL REMEDY NOTICE SHALL
PROVIDE, AS PER FLORIDA STATUTE, SIXTY (60) DAYS WITHIN WHICH STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY (STATE FARM) CAN TENDER THE $100,000.00 UM POLICY LIMITS.
FAILURE TO TENDER THE UM POLICY LIMITS WITHIN THIS STATUTORY TIME FRAME WILL SUBJECT
STATE FARM TO A BAD FAITH INSURANCE CLAIM, IN ADDITION TO ANY AND ALL DAMAGES OUR
CLIENT IS AWARDED BY AN APPROPRIATE COURT ABOVE THE UM INSURANCE POLICY LIMITS OF
$100,000.00.

YOU WILL FIND ENCLOSED A COPY OF THE FLORIDA STATUTE §624.155 "BAD-FAITH" FORM FILED WITH
THE FLORIDA DEPARTMENT OF INSURANCE AT OR ABOUT THE SAME TIME AS THIS LETTER WAS
FORWARDED TO YOUR OFFICE. YOU MAY CONTACT THE UNDERSIGNED IF YOU HAVE ANY FURTHER
QUESTIONS OR CONCERNS.

SINCERELY,

KEVIN S. SOBEL, ESQ.

DFS-10-363
Rev. 11/2007

SF-8879
JEB/KLO/

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

YULO CARPIO and MICHAEL
BENA,

CASE NO.: 502009CA033903XXXXWR

    Plaintiffs,

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign profit
corporation,

    Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

    COMES NOW the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE

COMPANY, by and through undersigned counsel, and hereby files this notice of filing its

notice of removal to the United States District Court Southern District of Florida, West Palm

Beach Division.  Pursuant to the attached Notice of Removal, the Defendant is removing

the above styled case from the Circuit Court of the 15th Judicial Circuit in and for Palm

Beach County based upon diversity jurisdiction.

    **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has

been sent by United States mail on this the ___3rd___ day of November, 2009, to Charles E.

Cartwright, Esq., Schwed, Cartwright & Knight, P.A., Attorneys for Plaintiffs, 7108 Fairway

Drive, Suite 150, Palm Beach Gardens, Florida 33418.

                          **BERNSTEIN, CHACKMAN, LISS & ROSE**
                          Attorneys for Defendant
                          P.O. Box 223340
                          Hollywood, FL 33022
                          (954) 986-9600 - Broward
                          (305) 940-1900 - Dade
                          (954) 929-1166 - Fax

                    By:_____

                          **Steven J. Chackman**
                          Florida Bar No.: 376851

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Ca**

**NOV 3, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## I. (a) PLAINTIFFS
Yuly Carpio and Michael Bena

### DEFENDANTS
State Farm Mutual Automobile Insurance

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Diversity - Illinois
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Schwed, Cartwright & Knight, P.A., 7108 Fairway Drive,
Suite 150, Palm Beach Gardens, FL  33418-3700
Telephone:  (561) 694-6079

Attorneys (If Known)

Bernstein, Chackman, Liss & Rose

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☑ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

09 CV 81762 MARRA JOHNSON

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | Under Equal Access to |
| | Employment | ☐ 550 Civil Rights | Application | | Justice |
| | ☐ 446 Amer. w/Disabilities | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | |
| | Other | | Detainee | | ☐ 950 Constitutionality of State |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | Statutes |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1  Original Proceeding
☑ 2  Removed from State Court
☐ 3  Re-filed- (see VI below)
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE                          DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. 1332. Plaintiffs are citizens of Florida and Defendant is citizen of Illinois.  Amount in controversy exceeds $75,000.00.    ➕

LENGTH OF TRIAL via   5   days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $                    CHECK YES only if demanded in complaint:

JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  11 3 09

**FOR OFFICE USE ONLY**

AMOUNT  350.00    RECEIPT #  986546    IFP